IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| V. | § | **CRIMINAL NO. 4:22-CR-280-O** |
| | § | |
| **CHRIS UNTAY SHARROD HAYMON** | § | |

### FINDING, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court, upon referral from United States District Judge Reed O'Connor [doc. 76]), is Defendant's Motion to Dismiss the Indictment and Release Immediately ("Motion to Dismiss") [doc. 75], filed June 11, 2025. The Certificate of Conference to the Motion to Dismiss states that Defendant's attorney has conferred with the Assistant United States Attorney in this case and "confirmed the Government defers to the Court on this motion." Having carefully considered the motion, the Court **FINDS, CONCLUDES**, and **RECOMMENDS** that the motion be **GRANTED** for the reasons stated therein.

### NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions, and recommendation within fourteen (14) days after the party has been served a copy of this document. The United States District Judge need only make a de novo determination of those portions of the United States Magistrate Judge's proposed findings, conclusions, and recommendations to which specific objection is timely made. *See* 28 U.S.C. 636(b)(1.) Failure to file by the date stated above a specific written objection to a

proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge.  *See Douglas v. United Services Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996), *modified by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections to 14 days).

## ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted until **June 30, 2025**, to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation.  It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

SIGNED June 16, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

2