IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Petitioner, | § § § | |
| v. | § § | Civil Action No. 4:22-cr-00280-O |
| | § § | |
| CHRIS UNTAY SHARROD HAYMON, | § § | |
| Respondent. | § § § | |

**ORDER ACCEPTING FINDS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITES STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF. No. 77). No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is ORDERED that the Indictment is dismissed and defendant Chris Untay Sharrod Haymon be released immediately from custody.

**SO ORDERED** this **1st day** of **July, 2025.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**